SMITH PATTEN
SPENCER F. SMITH, ESQ. (SBN: 236587)
DOW W. PATTEN, ESQ. (SBN:135931)
353 Sacramento St., Suite 1120
San Francisco, California 94111
Telephone (415) 402-0084
Facsimile (415) 520-0104

Attorneys for Plaintiff
Forrest Wayne Hodge

SEYFARTH SHAW, LLP
Dana L. Peterson (SBN 178499)
E-mail: dpeterson@seyfarth.com
Soo Cho (SBN 254712)
Email: scho@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105-2930
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
SUNSET SCAVENGER COMPANY
RECOLOGY, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORREST WAYNE HODGE<br><br>Plaintiff,<br><br>v.<br><br>RECOLOGY INC., a California Corporation, SUNSET SCAVENGER COMPANY, a California Corporation, and DOES 1-10.<br><br>Defendants. | Case No.: 4:12-cv-01852-PJH<br><br>**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE AS TO RECOLOGY, INC., AND ORDER THEREON** |

1

Stipulated Request for Dismissal and Order Thereon          CASE NO. 4:12-cv-01852-PJH

The parties, through their counsel of record herein, and pursuant to the Court's August 9, 2012Order, hereby submit the following Stipulated Request for Dismissal With Prejudice as to Defendant Recology, Inc.

Pursuant to the Ficticious Business Name Statement provided by counsel for Defendants, demonstrating that "Recology Sunset Scavenger" is a registered d.b.a. of Defendant Sunset Scavenger Company, Plaintiff requests and Defendants Sunset Scavenger Company and Recology, Inc. do not oppose the dismissal of all claims against Defendant Recology, Inc. in this matter, with parties to bear their own costs.

SO STIPULATED, and respectfully submitted,

Dated: November 7, 2012

SMITH PATTEN

/s/ Dow W. Patten
SPENCER F. SMITH
DOW W. PATTEN, Of Counsel
Attorneys for Plaintiff Forrest Wayne Hodge

Dated: November 6 2012

SEYFARTH SHAW LLP

DANA PETERSON
Attorneys for Defendants

### ORDER

Based upon the above Stipulated Request for Dismissal with Prejudice as to Defendant Recology, Inc., and good cause appearing, the Court hereby GRANTS the request and it is hereby ORDERED that all claims against Defendant Recology, Inc. are hereby DISMISSED with prejudice and parties are to bear their own costs.

SO ORDERED, this 9th day of November, 2012



Hon. Phyllis J. Hamilton
Judge, United States District Court

2

Stipulated Request for Dismissal and Order Thereon

CASE NO. 4:12-cv-01852-PJH