SMITH PATTEN
SPENCER F. SMITH, ESQ. (SBN: 236587)
DOW W. PATTEN, ESQ. (SBN: 135931)
353 Sacramento St., Suite 1120
San Francisco, California 94111
Telephone (415) 402-0084
Facsimile (415) 520-0104

Attorneys for Plaintiff
FORREST WAYNE HODGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORREST WAYNE HODGE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SUNSET SCAVENGER COMPANY, a California Corporation, and DOES 1-10,<br><br>Defendants. | Case No. 4:12-cv-01852-PJH<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO COMPEL 30(B)(6) DEPOSITION TESTIMONY**<br><br>DATE:   July 31, 2013<br>TIME:   9:00 a.m.<br>LOCATION:   Oakland Courthouse, Courtroom 3 -3rd Floor<br>1301 Clay Street, Oakland, CA 94612 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

Please take notice that on July 31, 2013 at 9:00 a.m. in Courtroom 3 of the above-captioned court located at 1301 Clay Street, Oakland California, Plaintiff will and hereby does move the Court for for an Order Compelling Defendant to produce a witness to testify pursuant to Fed. R. Civ. P. Rule 30(b)(6) testify as to Plaintiff's Category Nos. 1, 2, 3, 4, 5, 7, 8, 9, 10, 11, 12, 15, 16, 17, 18, 19, 20, 21, 23, 24, 25, and 26 of the Amended Notice of Deposition of Person Most Knowledgeable at Defendant Sunset Scavenger Company.  The motion is based upon this Notice

of Motion and Motion, the Memorandum of Points and Authorities in Support, the Declaration of Spencer Smith in Support, and the Proposed Order.

The grounds for this motion are that the categories of information set forth in the 30(b)(6) notice are reasonably calculated to lead to the discovery of evidence of the treatment of Plaintiff's similarly-situated counterparts to support Plaintiff's prima facie case of disparate treatment and retaliation and to demonstrate circumstantial evidence of discriminatory and retaliatory animus and pretext.

Respectfully submitted this 21st day of June, 2013,

SMITH PATTEN

  /s/ Dow W. Patten
DOW W. PATTEN
Attorneys for Plaintiff
Forrest Wayne Hodge