SMITH PATTEN
Spencer F. Smith (SBN 236587)
Dow W. Patten (SBN 135931)
353 353 Sacramento Street, Suite 1120
San Francisco, California 94111
Telephone: (415) 402-0084
Facsimile: (415) 520-0104

Attorneys for Plaintiff
FORREST WAYNE HODGE

SEYFARTH SHAW LLP
Dana L. Peterson (SBN 178499) dpeterson@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California  90067-3021
Telephone:    (310) 277-7200
Facsimile:     (310) 201-5219

SEYFARTH SHAW LLP
Soo Cho (SBN 254712) scho@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California  94105
Telephone:    (415) 397-2823
Facsimile:     (415) 397-8549

Attorneys for Defendant
SUNSET SCAVENGER COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FORREST WAYNE HODGE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RECOLOGY INC., a California Corporation, SUNSET SCAVENGER COMPANY, a California Corporation, and DOES 1-10,<br><br>　　　　　Defendants. | Case No. 3:12-CV-01852-WHO<br><br>**STIPULATION AND ORDER POSTPONING DATES**<br><br>Judge:       William H. Orrick<br>Date Action Filed:  April 13, 2012 |

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES TO THIS**

**ACTION,** through their counsel of record, as follows:

STIPULATION AND ORDER POSTPONING DATES / CASE NO. 12-CV-01852-WHO

1     WHEREAS, the above-captioned litigation was re-assigned to the Honorable Judge
2 William H. Orrick on June 27, 2013;
3     WHEREAS, the previously scheduled trial date of December 3, 2013 was vacated as a
4 result of the reassignment and there is currently no trial date in the above-captioned litigation;
5     WHEREAS, a Case Management Conference has not yet been scheduled;
6     WHEREAS, Defendant's pending Motion for Summary Judgment has been filed but the
7 hearing date continued until after the resolution of a pending discovery dispute;
8     WHEREAS, the current expert disclosure deadline (set by Judge Hamilton based upon
9 the now vacated December 3, 2013 trial date) is August 21, 2013;
10     WHEREAS, the current expert discovery deadline (set by Judge Hamilton based upon the
11 now vacated December 3, 2013 trial date) is October 2, 2013; and
12     WHEREAS, the Parties agree that good cause exists to extend the expert discovery
13 deadlines in light of the above.
14     The Parties do hereby stipulate that the expert disclosure deadline and the expert
15 discovery deadline be postponed for 75 days.
16     IT IS SO STIPULATED.

1 | DATED: August 15, 2013 | SEYFARTH SHAW LLP

2

3 | | By: */s/ Dana L. Peterson*
4 | | Dana L. Peterson
  | | Soo Cho
  | | Attorneys for Defendant
5 | | SUNSET SCAVENGER COMPANY

6

7 | DATED: August 15, 2013 | SMITH PATTEN

8

9 | | By: */s/ Spencer Smith*
  | | Spencer Smith
10 | | Dow Patten
  | | Attorneys for Plaintiff
11 | | FORREST WAYNE HODGE

12

...

3

STIPULATION AND ORDER POSTPONING DATES / CASE NO. 12-CV-01852-WHO

## **ORDER**

Pursuant to the Parties stipulation above, it is hereby Ordered as follows:

1. The expert disclosure deadline in this case shall be November 4, 2013.

2. The expert discovery cut-off date shall be December 16, 2013.

In addition, the Court will hold a Case Management Conference at the earlier of the conclusion of the hearing on the pending motion for summary judgment, which has not yet been set, or at **2 pm on October 22, 2013**, at which time the trial will be set and other relevant matters discussed. The parties shall file an updated joint Case Management Statement a week before the Case Management Conference.

IT IS SO ORDERED.

Dated: August 15, 2013

_____
Honorable William H. Orrick