1  SMITH PATTEN
   Spencer F. Smith (SBN 236587)
2  Dow W. Patten (SBN 135931)
   353 353 Sacramento Street, Suite 1120
3  San Francisco, California 94111
   Telephone: (415) 402-0084
4  Facsimile: (415) 520-0104

5  Attorneys for Plaintiff
   FORREST WAYNE HODGE
6
   SEYFARTH SHAW LLP
7  Dana L. Peterson (SBN 178499) dpeterson@seyfarth.com
   2029 Century Park East, Suite 3500
8  Los Angeles, California  90067-3021
   Telephone:    (310) 277-7200
9  Facsimile:    (310) 201-5219

10 SEYFARTH SHAW LLP
   Soo Cho (SBN 254712) scho@seyfarth.com
11 560 Mission Street, Suite 3100
   San Francisco, California  94105
12 Telephone:    (415) 397-2823
   Facsimile:    (415) 397-8549
13
   Attorneys for Defendant
14 SUNSET SCAVENGER COMPANY

15
                 UNITED STATES DISTRICT COURT
16
               NORTHERN DISTRICT OF CALIFORNIA
17
                   SAN FRANCISCO DIVISION
18

19 FORREST WAYNE HODGE,              Case No. 3:12-CV-01852-WHO

20            Plaintiff,             **STIPULATION AND ORDER
                                      POSTPONING DATES**
21       v.
                                    Judge:      William H. Orrick
22 RECOLOGY INC., a California Corporation,    Date Action Filed:  April 13, 2012
   SUNSET SCAVENGER COMPANY, a
23 California Corporation, and DOES 1-10,

24            Defendants.

25

26     **IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES TO THIS**

27 **ACTION,** through their counsel of record, as follows:

28

1    WHEREAS, the above-captioned litigation was re-assigned to the Honorable Judge
2    William H. Orrick on June 27, 2013;

3    WHEREAS, the previously scheduled trial date of December 3, 2013 was vacated as a
4    result of the reassignment and there is currently no trial date in the above-captioned litigation;

5    WHEREAS, a Case Management Conference has not yet been scheduled;

6    WHEREAS, Defendant's pending Motion for Summary Judgment has been filed but the
7    hearing date continued until after the resolution of a pending discovery dispute;

8    WHEREAS, the current expert disclosure deadline (set by Judge Hamilton based upon
9    the now vacated December 3, 2013 trial date) is August 21, 2013;

10    WHEREAS, the current expert discovery deadline (set by Judge Hamilton based upon the
11    now vacated December 3, 2013 trial date) is October 2, 2013; and

12    WHEREAS, the Parties agree that good cause exists to extend the expert discovery
13    deadlines in light of the above.

14    The Parties do hereby stipulate that the expert disclosure deadline and the expert
15    discovery deadline be postponed for 75 days.

16    IT IS SO STIPULATED.

17

18

19

20

21

22

23

24

25

26

27

28

1  DATED: August 15, 2013                    SEYFARTH SHAW LLP

2

3                                            By:   /s/ Dana L. Peterson
                                                 Dana L. Peterson
4                                                Soo Cho
                                             Attorneys for Defendant
5                                            SUNSET SCAVENGER COMPANY

6

7  DATED:  August 15, 2013                   SMITH PATTEN

8

9                                            By:   /s/ Spencer Smith
                                                 Spencer Smith
10                                               Dow Patten
                                             Attorneys for Plaintiff
11                                           FORREST WAYNE HODGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

1

## <u>ORDER</u>

2

3          Pursuant to the Parties stipulation above, it is hereby Ordered as follows:

4          1.       The expert disclosure deadline in this case shall be November 4, 2013.

5          2.       The expert discovery cut-off date shall be December 16, 2013.

6          In addition, the Court will hold a Case Management Conference at the earlier of the

7   conclusion of the hearing on the pending motion for summary judgment, which has not yet been

8   set, or at **2 pm on October 22, 2013**, at which time the trial will be set and other relevant matters

9   discussed.  The parties shall file an updated joint Case Management Statement a week before the

10  Case Management Conference.

11         IT IS SO ORDERED.

12  Dated:  August 15, 2013          _____
                                                    Honorable William H. Orrick
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

15960690v.1 / 35655-000043