United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORREST WAYNE HODGE,<br><br>    Plaintiff,<br><br>    v.<br><br>SUNSET SCAVENGER COMPANY,<br><br>    Defendant. | Case No. 12-cv-01852-WHO<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT**<br><br>Re: Dkt. No. 79 |

Plaintiff Forrest Wayne Hodge, by and through counsel, advised the Court on November 14, 2013 that this matter has been settled and that he will file a file a Stipulation for Dismissal of All Claims With Prejudice "upon the occurrence of the conditions set forth in the parties written settlement agreement." Dkt. No. 79.

IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE and any hearings scheduled in this matter are VACATED. It is further ordered that if any party certifies to this Court, with proper notice to opposing counsel within thirty (30) days from the date below, that settlement has not in fact occurred, this order shall be vacated and this cause shall be restored to the calendar for further proceedings. **IT IS SO ORDERED**.

Dated: January 6, 2014



WILLIAM H. ORRICK
United States District Judge